IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SERGIO AMAYA-ALDABA,** § § Plaintiff/Counter-Defendant, § § v. § § **FIFTH THIRD BANK, BRITTANY** § **ROBERTS** as Legal Guardian for C.A. a minor, § E.L.M. a minor, and THE ESTATE OF § RODNEY MAYS by and Through Its Personal § Representative, § § Defendant/Counter-Plaintiff/Third- § Party Plaintiff, § § v. § § **ESMY A. MARQUEZ GONZALEZ,** § § Third-Party Defendant. § | No. **3:23-CV-2715-L-BN** |

# ORDER

On April 24, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 43) was entered, recommending that the court grant in part and deny in part Defendant/Counter-Plaintiff/Third-Party Plaintiff Fifth Third Bank's Motion for Attorney's Fees and Costs against Third-Party Defendant Esmy A. Marquez Gonzalez ("Motion") (Doc. 42). Fifth Third Bank seeks recovery of $2,205 in attorney's fees, $1,840 in paralegal fees, and costs totaling $205.50. The Report recommends that the Motion be granted to the extent that Fifth Third Bank should be awarded $4,045 total for attorney's fees and paralegal fees, and denied with respect to Fifth Third Bank's request to recover costs. No objections to the Report were filed, and the 14-day deadline for filing objections has expired.

Having considered Fifth Third Bank's Motion, the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts**

Order – Page 1

them as those of the court. Accordingly, the court **grants in part and denies in part** Fifth Third Bank's Motion (Doc. 42). The Motion is **granted** to the extent that Fifth Third Bank is **awarded** and shall recover a total of **$4,045** total for reasonable attorney's fees and paralegal fees from Third-Party Defendant Esmy A. Marquez Gonzalez. The Motion is **denied** in all other respects.

  **It is so ordered** this 10th day of June, 2025.

                Sam A. Lindsay
                United States District Judge

Order – Page 2